SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:25-CR-00012-ART-CSD |
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF APPEARANCE** |
| GAVIN ROBERTS, | |
| Defendant. | |

The United States of America, by and through its attorneys, SIGAL CHATTAH, United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, hereby files this Notice of Appearance.

The undersigned, MEGAN RACHOW, is now assigned as counsel for the above-captioned case. All electronic notices, pleadings, motions, and letters for the government should be directed to the undersigned counsel as of this date.

DATED this 15th day of April, 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney