# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GAVIN H. ROBERTS,<br><br>      Defendant. | Case No. 3:25-cr-00012-ART-CSD<br><br>**ORDER GRANTING ECF No. 27** |

Based on the stipulation to continue sentencing hearing (ECF No. 27), and good cause appearing, it is ordered that the sentencing hearing currently scheduled for October 6, 2025 at 1:00 p.m., is vacated and continued to **October 15, 2025 at 1:00 p.m.** before U.S. District Judge Anne R. Traum, in Reno courtroom 6.

    **IT IS SO ORDERED** this <u>29th of September, 2025</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE